IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JEREMY DUNCAN, a fictitious name pursuant to SLR 2.035,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF OREGON; OREGON YOUTH AUTHORITY; MICHAEL LEE BOYLES; ROBERT JESTER; JOSEPH MESTETH; KAREN BRAZEAU; and JOHN AND JANE DOES 1-10,<br><br>        Defendants. | Civil Case No. 05-1747-KI *(Lead Case)*<br><br>CONSOLIDATED CASES<br><br>ORDER |

Robert G. Thuemmel
Thuemmel & Uhle
210 S.W. Morrison Street, Suite 600
Portland, Oregon  97204

    Attorney for Plaintiff Duncan and D.B.

Page 1 - ORDER

John D. Ryan
503 S.W. Colony Drive
Portland, Oregon 97219

      Attorney for Plaintiff Duncan

Erin K. Olson
2905 N.E. Broadway Street
Portland, Oregon 97232

      Attorney for Plaintiff D.B.
         Munoz Estate, and M.D.

Michelle R. Burrows
618 N.W. Glisan Street, Suite 203
Portland, Oregon 97209

      Attorney for Plaintiff M.A. and D.B.
         D.H.M.

H.R.
      Pro Se Plaintiff

Randall Vogt
2125 S.W. 4th Avenue, Suite 600
Portland, Oregon 97201

      Attorneys for Plaintiff J.D.

David L. Kramer
James S. Smith
State of Oregon
Department of Justice, Trial Division
1162 Court Street, N.E.
Salem, Oregon 97301-4096

      Attorneys for Defendants State of Oregon, OYA, Jester and Brazeau

Robert A. Petersen
528 Cottage Street, NE
Suite 160
Salem, Oregon 97301

      Attorney for Defendant Mesteth

Page 2 - ORDER

Michael Lee Boyles
Swiss #681118
Multnomah County Sheriff's Office
Justice Center
1120 S.W. 3rd Avenue
Portland, Oregon 97204

    Pro Se Defendant

KING, Judge:

Based on the Stipulation of the parties', plaintiff M.A.'s claims against the State of Oregon, the Oregon Youth Authority, Gary Lawhead, Havan Jones, John Powell, Floyd Meseth, and John and Jane Does 1-10 are dismissed with prejudice and with all parties bearing their own costs and attorney fees.

IT IS SO ORDERED.

Dated this _13th_ day of August, 2007.

                                        /s/ Garr M. King
                                      Garr M. King
                                      United States District Judge

Page 3 - ORDER