HARDY MYERS
Attorney General
JAMES S. SMITH #84093
DAVID L. KRAMER #80290
Senior Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: James.S.Smith@doj.state.or.us
       david.kramer@doj.state.or.us

Attorneys for Defendants State of Oregon; Oregon Youth Authority; Robert Jester; Karen Brazeau; Havan Jones; and John Powell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEREMY DUNCAN, a fictitious name pursuant to SLR 2.035,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF OREGON; OREGON YOUTH AUTHORITY; MICHAEL LEE BOYLES; ROBERT JESTER; JOSEPH MESTETH; KAREN BRAZEAU; and JOHN AND JANE DOES 1-10,<br><br>　　　　Defendants. | Case No. 05-1747-KI (Lead Case)<br><br>CONSOLIDATED CASES<br><br>D.B. CASE: GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF D.B. |

Page 1 -   D.B. CASE: GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF D.B.
JSS/cjw/TRIU0592
　　　　　　Department of Justice
　　　　　　1162 Court Street NE
　　　　　　Salem, OR 97301-4096
　　　　(503) 947-4700 / Fax: (503) 947-4791

It is hereby ordered and adjudged, based upon the Stipulated Motion for Dismissal With Prejudice as to Plaintiff D.B., that this case is dismissed with prejudice as to all Defendants, and that each party bear their own costs and attorney fees.

DATED this 5-TH day of February, 2008.

The Honorable Garr M. King
U. S. District Court Judge

Submitted by: James S. Smith
Senior Assistant Attorney General
Of Attorneys for Defendant

Page 2 -  D.B. CASE: GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF D.B.

JSS/cjw/TRIU0592

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791